# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES SMORTO,**
                 **Plaintiff,**

**-vs-**                                **Case No.  6:04-cv-315-Orl-31JGG**

**3DI TECHNOLOGIES, INC.,**
**PRUDENTIAL INSURANCE COMPANY OF**
**AMERICA,**
                 **Defendants.**
_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff take nothing on his claims against the Defendants and judgment is entered in favor of the Defendants, *Prudential Insurance Company of America* and *3DI Technologies, Inc.*, and against the Plaintiff, *James Smorto*.

Date:   May 24, 2005

                                                   SHERYL L. LOESCH, CLERK

                                                   s/ *M. Pleicones*, Deputy Clerk